**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name CAESAR DANNY L.
(Last) (First) (Initial)

Prisoner Number D-07644

Institutional Address C-5-121

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DANNY CAESAR
(Enter the full name of plaintiff in this action.)

vs.

Robert Horel, Warden
JT Krawitz, Med. Appeals Coordinator
Dr. Sayre, Chief Medical Officer
Dr. Rowe, Primary Care Provider
(Enter the full name of the defendant(s) in this action)
Dr. Douglas, Psychiatrist

CV 08 1977

Case No. ______________
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

SBA

(PR)

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Pelican Bay State Prison

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. This petition contains at least ten exhausted appeals, or otherwise cancelled; thereby exhausted.

1. Informal appeal SEE Appendix A, B,

2. First formal level IBID

3. Second formal level IBID

4. Third formal level IBID

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Danny Caesar, D-07644, C-5-121
Pelican Bay State Prison, P.O. Box 7500
Crescent City, Ca. 95532

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Dr. Douglas, Psychiatrist

Robert Horel, Warden
JJ Kravitz, CCII, Medical Appeals Coordinator
Michael Sayre, M.D., Chief Medical Officer
Dr. Rowe, Primary Care Provider

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

In combination, these defendants are using there position of authority under color, too cause torture, pain, misery, and completly set-up to be killed by either staff or my fellow inmates. Their main method of accomplishing this is through my medical conditions/handicap, by deliberately mistreating the condition and promote the condition to an eventual cancer, by constant bombardment of intentional (staff acting in concert) aggrevations. My life is in jeopardy (possibly) with my fellow inmates because the staff refuses to give me any shower-stool, and thereby I'm forced to regularly have a seated shower, where others use to shelf their shower items while showering. SEE Appendix A.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Rehouse me in a more medically capable institution. An institution in a warmer climate, because my frostbite residuals in my feet. Chronic pain medication. The use

of a cane and/or wheelchair until such time that medicine can conquer the need of these aides. Compensation for the long term unnecessary chronic pain suffering these racist people are forcing on me. I also want adequate psychiatric treatments.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of March, 2008

Dan Carson

(Plaintiff's signature)

## V. STATEMENT of CLAIM

I also beleive that Dr. Sayre and his enforcer, Dr. Rowe, are deliberately trying to distroy my V.A. Disability Pension. SEE 38 U.S.C. 5312 and 5313. My pension is based on medical record and bears me the responsibility of maintaining accountable medical records, for the purpose of tracting a medical condition. I beleive that the medical and mental health staff, here at Pelican have deliberately and systematically brought my medical records to a practical standstill, in regards of my medical pension, and claim (pending) of PTSD (post traumatic stress syndrome) Pension from the Department of Veterans Affairs. SEE Appendix 'A', Exhibit 'B'; Decision of V.A. Disability Grant.

## VI. RELIEF

I ask to be rehoused in another appropriate California State Prison. I beleive the situation brought on by these medical authorities have strong racial implications, and accordingly even if their subordinates or counterparts were too convene in their stead, predjudice would pervade, thereby rendering pure hatred.

## VII. STATEMENT OF CLAIM

A unique relationship has developed between medical and custody staff that allows them to act in concert, and torture. SEE Appendix 'A'; Exhibits 'D', 'E', 'F', of this petition. ALSO SEE Appendix 'C'. I confront medical with the fact that I suffer from a chemical imbalance (Weak Stomach) in the acids that breaks down the food in my stomach, and all my life have required a special diet of thoroughly cooked foods, no spicy foods, or raw or half cooked foods. I received Nexium, which controls the acid-indegestion, however, Dr. Rowe prefers to under treat the condition with Omeprazole, which does almost nothing in terms of relief in indigestion. No Special Diet. In turn the meals, especially dinner meals, have evolved to be extraordinarily spicy: Onions, Bell Peppers ect. ect. Because most of these meals are in Soup Form, they are practically all Onions and Peppers. I seek medicine and warm climate for my Peripheral Neuropathy, instead I find no medicine (SEE Appendix 'B'), and proposals to make extremely long walks, without the use of walking aides. Mr. Kravitz and Sayre say I refuse a medical interview on approx. 3-20-08. On the sudden and unexpected call to go to the Specialty Clinic

I asked for the use of a wheelchair or cane. The answer was NO. So I refused, because the walk to the bus to go to the Specialty Clinic is approx. 200 yards, and I can only walk maybe 40 or 50 feet at one time. Sayre knows this. Judge (U.S. District Judge) Saundra B. Armstrong had to order him last year to provide such aide for Mediation and Neurology appointments, because of this identical stubborness. He (Dr. Sayre) also has a practice I call 'Perverted Medical Practice', that I'm very leary of. He force you into these walking sessions, and the "WALA, look everybody, he can walk". SEE Appendix 'A'; Exhibit 'A': R.N. Scott's lying eyes, and the power of damage it does to a medical claim.

## VIII. RELIEF

I'm convinced that the staff have determined I'm not getting any medicine or adequate medical treatment from them, irregardless of the law, or my need. I ask to compensated for unnecessary suffering of chronic -long term- pain, and rehoused at a more medically conducive facility. I am presently living with untreated chronic pain. Special Diet; appropriate medicines.

# IX. STATEMENT OF CLAIM

I reached a settlement agreement with Dr. Sayre and his colleagues in July 2007 (SEE Appendix 'F'). The only stipulation that is holding up are the insoles: I suspect because they cost $20.00 a pair, although only seems to be worth $1.00. I beleive retaliation have set in and denying me the benefits of CDC form 1824 (SEE Appendix 'E') (Appendix 'A'; Exhibit 'B'). My personal property (pending appeals regarding missing magazines; at a cost of $8.00 a magazine). My feeding systems are becoming more stubborn, insuring I receive less than my surroundings. I'm being made to stink (SEE Appendix 'D' and Exhibit 'F' of Appendix 'A') on the one hand, and the other dictates double-celling in order too be received back in general population (main line); which naturally would be disastrous for double-celling.

I trust the Department of Veterans Affairs as pretty much abiding by the law to the point that a person can count on that. However, I've been contacting them since July 2007 about a legally entitled clothing allowance, but have not received a response.

I've been trying to contact Dr. John Bonds NAACP Chairman, at his job at American University of Washington D.C., however, received no response. The Association for Black Veterans' Organization in Washington D.C.; no response. The purpose of my contact with Dr. Bonds, and the Assn. for Black Veterans is for possible Black Representation in my claims (Pending) before the Department of Veterans Affairs. I feel as though my mail is being sabotaged, and if so, how far will this sabotage escapade actually go.

No yard. No medicine. No travel. No law library access. I'm presently living to experience as much pain and misery as my defendants can muster. All things that are supposedly mandated or implicated by the law has been converted to a juggling act and thereby discriminately handed down.

## X. Relief.

I ask that this case be brought before a jury, because I beleive the staff is intentionally trying to develop my medical conditions into cancers, and should bare criminal responsibility, as well as compensible damage awards.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

DANNY L. CAESAR,

Plaintiff,

v.

ROBERT HOREL, et al.

Defendant,
_____________________________________/

NO. CV 08-01977 SBA

**EXHIBITS TO COMPLAINT**

**MANUAL FILING NOTIFICATION**

Regarding : Exhibits Complaint

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): ____________________________________
______________________________________________________________

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[] Other (description): _________________________________________________
______________________________________________________________

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 08/27/2007

/s/
Jessie Mosley

Case Systems Administrator