In The United States District Court

for the Northern District of California

Danny Caesar,
Plaintiff

-vs-

Robert Horel, et. al,
Defendants.

Case No. CV 08 1977 SBA (PR)

Motion To Have The Court To Put Petitioner's Name on the List for The Pro Bono Project

FILED APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner hereby asks the Court to assign attorney to this case (see accompanying Declaration) because of the need to gather medical records from childhood (Louisiana) through adulthood (California and Military). I further emphasize (see Declaration) that I have been denied law library access now, for a few years, because of my immobility and the institution's stubbornness in regards of providing assisted devices (see Appendix 'E'). The Pro Bono Project would be a just solution and aide in preparing this case for trial.

DATED: 3-30-08

Dan Caesar
Pro Se Petitioner

# DECLARATION

I beleive that the differences involved in this case is irreconcilable for the simple reason (I beleive) that the defendants seek to excercise **SUPREMACY** and **DICTATORSHIP**; the determinator of **LIFE** or **DEATH**; that I must submit the dictates of my life too, or become a victim and eventual statistic of. They bring perverted religious practices (I beleive they are highly aggrevating my stomach condition by taking stray carcasses - either roadside or wilderness - and [Leviticus 7:24] preparing extremely stinky breakfast hamburger-style sausages, usually bi-weekly)(ALSO SEE Appendix 'H') to shear life.

I haven't had physical law-library access since, at least, November 2005, when my Cana Chrono was disconfinued by doctors Rowe & Sayre. I thought I had regained enough mobility, by the aide of medicine, during a part of last Summer, however, that inkling quickly died at the hands of Dr. Rowe discontinuing medication: first discontinued Motrin; second, the Elavil; finally the Tegretol. Judge Nandor

Vadas (SEE Appendix 'F') was assigned by Judge _____, of this Court, to oversee the execution of the Settlement Agreement, however, I have wrote him at least twice, about wanton actions of Dr. Rowe discontinuing medications, a part of the Settlement Agreement: No response.

I'm beginning too suffer financial losses, at an increasing frequency (SEE Appendix 'G').

Accordingly, I'm convinced that the defendants are determined and committed to making my life, a simple living hell, and I ask for the Court's intervention.

I declare the statements of this Declaration and those composed within this Petition are truthful and correct, and intended for these purposes only.

Dated: 3-30-08

_____
PRO SE PETITIONER