**FILED**

JUN - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

May 18th 2008

Dear Clerk,

I received a packet from this Court on 5-16-08, that contained: a Court-Stamped Cover Sheet to my recent 1983 # C-08-01977; a Three-Page ECF Registration Information Handout; a Notice telling me the $350.00 filing fee, on my recent 1983 is due; and an In Forma Pauperis Application.

I don't know how to respond to the ECF Registration, other than I feel strongly against it, because of my incarceration, and thereby deprived of electronic equipment that would be necessary for computing. Enclosed is a Court Receipt of my properly paying my $350.00 Court Fee. I'm sending the In Forma Pauperis at this time, as a form of insurance against upcoming fees I may not be aware of. I'm also enclosing a Motion for immediate Temporary Injunction.

Can you send as much information as possible about Federal Torts, because I'm experiencing a bombardment of not receiving magazines I've paid the subscription for. I believe I'm being deliberately ripped off, but I can tell that, according to staff response, it will next to impossible to determine the problem; the institution or the publisher.

Sincerely,
Dan!

NAME: Danny Caesar
CDC NO: D-07644  HOUSING: C-5-121
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M         $ 01.17⁰
0004217666   JUN 04 2008
MAILED FROM ZIP CODE 95531

United States District Court
US NORTHERN DIST COURT OF CA
1301 CLAY ST SUITE 400
SOUTH OAKLAND CA 94612-5212
ATTN: Court Clerk

CONFIDENTIAL LEGAL MAIL