**FILED**
JUN - 6 2008
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
OF CALIFORNIA
OAKLAND

June 3rd 2008

C-08-1977-SBA

To whom it may concern,

I'm sending this In Forma Pauperis and Motion For Temporary Injunction in, because I believe I'm being intentionally delayed with my requested Trust Statement. I put in for a Trust Statement on May 18th 2008. The law-library notified me a week ago, that the statement is ready for mailout. I immediately let (responded) them know that I was/is ready for mailout; however, I haven't received a response; that was a week ago, when I informed them that I am ready for mailout.

I have no idea of how much longer it will take to procure this statement, so I hereby inform/ask the Court to accept/file these motions, and I'll mail the Trust Statement separately, whenever I receive it.

Sincerely,
Dan!