FILED
JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANNY CAESAR
     Plaintiff,

vs.

Robert Horel, Warden, et al.,
     Defendant.

CV 08 1977 SBA (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DAN CAESAR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1:   Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                    Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/A _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

| | | | |
|---|---|---|---|
| 9  | a. | Business, Profession or | Yes ___ No ___ |
| 10 |    | self employment | |
| 11 | b. | Income from stocks, bonds, | Yes ___ No ___ |
| 12 |    | or royalties? | |
| 13 | c. | Rent payments? | Yes ___ No ___ |
| 14 | d. | Pensions, annuities, or | Yes _X_ No ___ |
| 15 |    | life insurance payments? | |
| 16 | e. | Federal or State welfare payments, | Yes ___ No ___ |
| 17 |    | Social Security or other govern- | |
| 18 |    | ment source? | |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  I receive $86.50 per month from the Department of
22  Veterans Affairs for an old U.S. Army injury.
23  3.  Are you married?                                    Yes ___ No _X_
24  Spouse's Full Name: __N/A_____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ __N/A_____ Net $ __N/A_____
28  4.  a.  List amount you contribute to your spouse's support: $ __N/A__

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None _____

_____

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $ __N/A__   Amount of Mortgage: $ __N/A__

6.    Do you own an automobile?    Yes ___ No _X_

Make __N/A__ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ __N/A__

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ __N/A__

Do you own any cash? Yes _X_ No ___ Amount: $ __SEE Enclosed Finance statement__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8.    What are your monthly expenses?

Rent: $ __N/A__ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  NO
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes X  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  Medical: This is the second suit (1st settled out of Court
10 last Summer) concerning the prison refusing to treat my chronic pain.

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  May 18th                              Dan Caesar
17     DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -