In The UNITED STATES DISTRICT Court
for the NORTHERN DISTRICT OF CALIFORNIA

DANNY CAESAR
         Plaintiff
  -vs-
Robert Horel, et. Al.,
         Defendants

Case No. CV-08-01977-SBA

FILED
JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MOTION FOR TEMPORARY INJUNCTION

Petitioner hereby asks the Court for a Temporary Injunction Order, as the Court is aware of the ongoing practice of defendants to deny me medical care that my medical condition require, because of the crippling effect and chronic pain created by defendants by constant aggrevations (constant refrigerated living environment, and long walking or standing processes) and complete medical deprivation. I also ask to be temporarily housed somewhere where I can get some relief for the chronic nerve pain I'm being forced to live with. My right to witnesses is also being eliminated by (SEE Exhibit '1'). People outside of my race, will not testify on my behalf, on what they may witness.

DATE: May 18th 2008

Dan Caesar  Dan Caesar
PRO SE PETITIONER

Exhibit '1'
_____

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Dan Caesar | D-07644 | SHU | C-5-121 |

**A. Describe Problem:** Warden Horel, you are the head of this institution's security. For the past six months, security has me living in a predominantly segregated housing unit, where I am the only Black inmate (F-Pod). I beleive this living condition to be illegal and specifically designed by staff for the purpose of cultural deprivation, and too create a prey for both staff and inmate population.

If you need more space, attach one additional sheet.

**B. Action Requested:** Title 15: 3004 (c.) say that discrimination is a violation of a legal Right. Recent Supreme Court Decision have also evoked desegregation of California Prisons' sections and cells. I ask to be housed in a unit-section with other Black inmates.

Inmate/Parolee Signature: Dan Caesar     Date Submitted: 4-20-08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim     CDC Appeal Number:

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____   Due Date: _____
Interviewed by: _____

_____
_____
_____
_____

Staff Signature: _____   Title: _____   Date Completed: _____
Division Head Approved:                                               Returned
Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to:   Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                                    Date: _____

CDC 602 (12/87)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*[Stamp: BAY STATE PRISON / ... HOUSING UNIT / UNIT C-5]*

RE: Screening at the FIRST Level

April 22, 2008

*CAESAR, D07644*
*CF05L 000000121L*

Log Number: PBSP-C-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

*You have failed to reasonably demonstrate that the issue you are appealing adversely affects your welfare, pursuant to CCR 3084.1(a).*

YOUR SPECIFIC HOUSING ASSIGNMENT WITHIN SHU IS NOT SUBJECT TO APPEAL FOR THE ABOVE NOTED REASON.

*[Signature]*
Appeals Coordinator
Pelican Bay State Prison

*[Handwritten: Screening Decision Reviewed and Upheld. C. WEILBER, AC]*

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
|---|

APR 22 2008    APR 25 2008