IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY CAESAR,

    Plaintiff,

v.

ROBERT HOREL, et al.,

    Defendants.

No. C 08-1977 SBA (PR)

**JUDGMENT**

    For the reasons stated in its Order Denying Plaintiff's Request for a Fourth Extension of Time to File Proof That He Successfully Accomplished Service of Process on Defendants; and Dismissing Action Without Prejudice, this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Judgment is entered accordingly.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 7/25/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Caesar1977.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAESAR, | Case Number: CV08-01977 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBET HOREL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny L. Caesar D-07644
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated: July 25, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.08\Caesar1977.jud.wpd                 2